UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-275 (DSD/JFD)

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Francisco Estrada-Deltaro, )<br>)<br>Defendant. ) | **POSITION WITH RESPECT TO SENTENCING AND DOWNWARD VARIANCE** |

_____

Please take notice that counsel for the above-entitled Defendant hereby files this Position with Respect to Sentencing and Downward Variance.

The guidelines in the above-entitled matter have been accurately determined to be 18 to 14 months. The Court should be aware that Mr. Estrada-Deltaro was arrested on June 3, 2025 and has already served almost 4 months in jail.

The defense would remind the Court that this offense is a re-entry violation. The defense strongly contends that it makes no sense to send Mr. Estrada-Deltaro to prison to simply wait to be deported. From a punishment standpoint, again, he's already served 4 months in custody. Therefore, the defense is requesting the Court to impose a sentence of time served, which would expedite Mr. Estrada-Deltaro's

deportation. Indeed, there is a current deportation order in effect and if the Court imposes time served, he will be deported on Saturday.

WHEREFORE, counsel for the above-entitled Defendant respectfully requests the Court to impose a downward variance in the above-entitled matter and impose a sentence of time served.

Respectfully submitted,

Dated:  September 23, 2025

*s/Craig Cascarano*
Craig E. Cascarano
Attorney Id. 15544
150 S. Fifth Street, Suite 2860
Minneapolis, MN 55402
Tel: (612) 333-6603
craig@craigcascaranolaw.com