UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-275(DSD)

United States of America,

       Plaintiff,

v.                                                      **ORDER**

Francisco Estrada-Deltaro,

       Defendant.


This matter is before the court upon the pro se motion by defendant Francisco Estrada-Deltaro for a sentence reduction because he is serving "hard time" in the Sherburne County Jail.

On September 24, 2025, the court sentenced defendant to 8 months' imprisonment in the custody of the Bureau of Prisons. Defendant was in pre-sentence custody at the Sherburne County Jail (SJC) and remains there today, likely given the short sentence imposed. He is scheduled to be deported when he has concluded his term of imprisonment. He claims that his experience in custody at the SJC amounts to hard time warranting his immediate release. The court disagrees.

Federal defendants are often placed in the SCJ before sentencing. Once sentencing occurs it takes some time for the BOP to place defendants in a federal facility. In some cases, as here, the sentence imposed is short enough that the defendant may remain in custody at SCJ throughout the term of imprisonment. These

circumstances simply do not warrant relief under any of the statutes cited by defendant.

Accordingly, **IT IS HEREBY ORDERED** that the motion to reduce sentence [ECF No. 40] is denied.

Dated: October 28, 2025

s/David S. Doty
David S. Doty, Judge
United States District Court